(Del. Rev. 05/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

PATRICIA LABAR
  Plaintiff,

**against**            Civ. Action No. __14 - 700__

ABC MEDICAL HOLDINGS, INC.,
DW Management Services, LLC d/b/a
DW Healthcare Partners and DWHP,
Keith Jones
  Defendants



JUN -3 2014

**COMPLAINT**
**(Pro Se)**

**Jury Demand?**
☐ Yes
☒ No

---

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Do not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

o Se General Complaint Form

## I.   PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

| Plaintiff: | LaBar, Patricia W | | |
|---|---|---|---|
| | Name (Last, First, MI) | | |
| | 1917 Kings Pass | | |
| | Street Address | | |
| | Rockwall County, Heath | TX | 75032 |
| | County, City | State | Zip Code |
| | 214-674-8108 | Patricia.LaBar@aol.com | |
| | Telephone Number | E-mail Address (if available) | |

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:  HBC Medical Holdings, Inc.
Name (Last, First)

1413 Center Dr
Street Address

Park City         Utah        84098
County, City      State       Zip Code

Defendant 2: DW Heathcare Partners
Name (Last, First)

Keith Jones
15 E UWCHLAN Ave
# 430
EXTON, PA    19341

Page 2 of 10

Pro Se General Complaint Form

Street Address

County, City   State   Zip Code **Defendant(s) Continued**

Defendant 3: **DW Management Services**
Name (Last, First)

1413 Center Dr
Street Address

Park City   Utah   84098
County, City   State   Zip Code

Defendant 4: **DWHP**
Name (Last, First)

Street Address: 1413 Center Dr

Park City   Utah   84098
County, City   State   Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Page 3 of 10

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

The stock purchase agreement states case must be heard in Delaware. ABC Home Medical Supply, Inc. TAX ID 51-0443844 was incorporated in the State of Deleware.

### IV. STATEMENT OF CLAIM

Place(s) of occurrence:

12630 E. Northwest Hwy, Dallas TX 75043

Date(s) of occurrence: January 20, 2012

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

Corrections to the original claim filed in the State of Texas claim Dallas County Case Number 3:13-cv-02551-B on 7/2013. Section states defendants are ABC Medical Holdings, Inc. ABC Medical Holding Company was not formed until DW Healthcare Partners (DWHP) had agreed to purchase ABC Home Medical Supply, Inc. (ABC) **DWHP submitted the Letter of Intent, (LOI) attached, DWHP conducted the due diligence on ABC. DWHP sent representatives to ABC**. These representatives spent a great deal of time in the ABC offices. The main person being **Sameer Mathur, who you will see listed on the DWHP website.** Eric Keen and Andrew Carragher also came to Dallas Texas to meet with the only stock holder Patricia LaBar. As you will see by their **website DWHP has many companies it has acquired and ABC** is listed as one of those companies. **To say DWHP did not do a proper due diligence is not in line with their field** and I would say to the court, this does not seem logical.

Claim 1)
I, Patricia LaBar had a consulting agreement with the new owners for eighteen months. **I was fired after ninety days**, copy of letter attached. The letter is unfounded as I asked who stated I said anything bad about the company. I had proof to the contrary. I, Patricia LaBar sold the ABC due to health issues. **The DWHP was aware of this when they submitted the LOI.** I asked the language of the consulting contract state **"as long as health allows"** It is allowed, to my understanding to say your services are no longer needed but to say I was fired due to **"disparaging comments about the company"** I, Patricia LaBar, started ABC and I will always be the founder and it is the one and only company I started and sold. The statements made about me contain no merit. There is no evidence that ever was submitted that showed I did anything but promote ABC.

Claim 2)
**Failure to collect A/R.** Please see attached email from Keith Jones, The CEO of ABC then and now, please attached copy of ABC-Med.com website listing officers, stated I may not contact ABC to collect A/R therefore the claim should be dismissed.

Claim 3)
**Fraud.** I ran ever department of this startup company and had passed all JCAHO, OIG inspections and reviews. ABC was in a "prepay" audit of 22 claims and won all. After winning such claims, which can take up to 180 days, ABC must then submit all claims that have fallen after that period to a "reopening" with a copy of the "fully favorable" decision. I have letters from two of my former clients that sent me letters of permission to use the letters Medicare sent to them saying they were denied due to "untimely filing" This cannot be held against me, the seller, that the new owners failed to file the claims in a timely fashion. The new owners have assessed me, the seller, with an $8,000 fine for Medicare recoups which they are responsible for.

Claim 4)
**Fraud 2.** The new ABC management, Keith Jones, accuses the previous owner, Patricia LaBar of fraud Please see attached letter and email from Keith Jones

Claim 5.
**Client attrition.** After I was fired no clients left ABC as I had a stock email I sent to clients complaining to me about what was happening with ABC. It read "*Due to my health concerns ABC has had to proceed under new management. I know change is hard but just remember we will always be ABC family. Please be patient during this time of change and healing. Sincerely, Tricia LaBar*. After ABC fired Jerry Terry, the head of the Dallas Mavericks Junior Prep Wheelchair Basketball Team and a person in a wheelchair they also let Michelle Torino go and she let three teams of Wheelchair Basketball Kids and also the Disabled Kids Camp. Many clients who were angry that ABC was letting their coaches go they left and went to the company that hired those employees. These two people worked in the office in administration, they were never sales people. **ABC sent letters to Michelle threatening legal action for taking clients.** This was countered with the clients signing forms they left ABC due to problems with their orders and asked her at a Basketball game where she went. They were not solicited but chose to go move their, the previous clients, orders to Southlake Medical. When I found out, I am still part of the wheelchair basketball community that several clients were leaving ABC I personally contacted Leia Turner, the Dallas ABC rep and asked her if she wanted me to call the clients and try to get them to stay with ABC? She stated no, you are retired I will handle this. Okay, I tried. Many left ABC. I was receiving letters from Keith Jones several times during the next year and they put me under great stress as I was given spreadsheets that had hidden columns and told to explain them. They were spreadsheets they compiled, I spend weeks working on these until I discovered there was a hidden column. I finally noticed a letter missing on the top of the excel spreadsheet. When I went to unhide columns it asked for a password. ABC's password had always been ABC123, I tried it and it worked. All the issues of missing client information had been addressed and found. The information appeared to be designed to harass me and have be chasing after information the new management had already obtained. This type of harassment continued until I finally had so much to my system, they were aware of my health issues, I went septic on Christmas Day, 24 hours after being sent a letter signed by Keith Jones saying he was suing me for two million dollars. I do not know what this man, Keith Jones, has against me, whether because I am a woman, in a wheelchair, a minority or because I am a US Veteran, but he certainly has made me a target of libelous and derogatory accusations at his own hand. If he did not agree with DWHP due diligence, they have done many as this is their line of business, should he not sue them?

Claim 6)
Now ABC Holdings, has **claimed they overpaid for ABC**. On what grounds? There was a company ready to put in a contract as soon as the LOI from DWHP expired. It was for more not less. I did not solicit this but they had made an offer to me, Patricia LaBar, before I signed with DWHP, however, they wanted an asset purchase and I turned it down. They contacted ne one week prior to the sale of ABC and said they would do the stock purchase. I informed

them I was closing with DW because I felt they would maintain the ABC mission statement. If **Keith Jones feels that the due diligence was not sufficient should he not file against DWHP** not me, Patricia LaBar who never sold a company, who relied on them solely for their information? Who trusted **Sameer Mathur and Eric Keen on all the information they submitted so much I have them 24 hour access to my computer, offices, customer files and employees**, so even when Sameer Mathur was not in the office, he was accessing the computer system as were others at DWHP. Sameer spent many hours in ABC with me the seller, Patricia LaBar. He had 100% access to client records, computers and employees. The statement was even made about the company not being able to run without me which is why I agreed to sign on as a consultant. I was the Key employee. I admit that I was so key I caused myself to allow my health to degrade. After the sell was even worse. Please see attached attorney email conversations, test messages between Sameer and myself agreeing to specific items and letters I was sent from Keith Jones and Bill Eck, his counsel.

**What happened to you?**

I, Patricia LaBar, have been sent many papers on specific dates, during the holidays, leaving me little time to respond. **I suffered more health issues related to stress** from the constant harassment after the sale of ABC. **I have sustained large legal bills** to defend myself against these allegations. The **escrow of 1.5 million in Wells Fargo has been failed to be released** per the contract the escrow was to be released to me on **July 23, 2013**, almost one year ago.

DW Healthcare Partners signed the LOI. DW Healthcare Partners conducted the due dilegence on ABC Home Medical Supply, Inc. A company formed in Delaware. DW Healthcare sent its own representatives to conduct the due dilegence and post on their website DW Healthcare Partners acquired ABC Home Medical, Inc.

**Patricia LaBar entered into good faith a Letter of Intent with DW Healthcare Partners believing DW Healthcare Partners were purchasing 100% stock** in ABC Home Medical Supply, Inc. <u>**DW Healthcare conducted due diligence over a 90 day**</u> period of time and their representative, <u>**Sameer Mathur, a DW Healthcare Partners employee**</u>, spent many days with Patricia LaBar, the seller, at the ABC offices, to conduct due diligence including full access and allowing DW Healthcare Partners to bring in a legal team that specialized in healthcare companies. At closing the representative stated, **this is one of the most legal companies I have seen,** at which time Sameer stated don't say that she will want more money.

All the correspondence before the closing of ABC Home Medical Supply, Inc. came from DW Healthcare Partners, or their representatives, until just before closing at which time a company had been formed call ABC Medical Holdings, Inc.

> Who did what?

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Patricia LaBar has been targeted by false allegations in what appears to be an attempt to get her to sign over the escrow account. Patricia LaBar has spent substaintial amount time and money on legal fees to defend herself against these allegations  My reputatiion has been damaged.

## VI. RELIEF

The relief I want the court to order is: ☐

Money damages in the amount of:  $

Escrow plus $2,000,000.00

☐   Other (explain):

ro Se General Complaint Form

_____

_____

_____

_____

_____

## VII.  CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

6/2/2014
Dated

*Tricia LaBar*
Plaintiff's Signature

LaBar, Patricia
Printed Name (Last, First, MI)

1917 Kings Pass     Heath    TX    75032
Address              City    State  Zip Code

214·674·8108
Telephone Number

triciasapp@aol.com
E-mail Address (if available)

Page **9** of **10**

Pro Se General Complaint Form

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Do not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**





Clerks Office / Unit #18
844 North King Street
US Courthouse
Wilmington, DE
19801

JUN -3 2014

