IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PATRICIA LABAR, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 14-700-RGA |
| ABC MEDICAL HOLDINGS INC., DW MANAGEMENT SERVICES LLC, and KEITH JONES, | : | |
| Defendants. | : | |

## **ORDER**

WHEREAS, the Court issued an Order (D.I. 5) on October 21, 2014, directing the Plaintiff to show cause as to why this matter should not be dismissed;

WHEREAS, Plaintiff has filed a response to the Order (D.I. 6);

NOW THEREFORE, Plaintiff is hereby given until November 19, 2014, to perform service consistent with Rule 4 of the Federal Civil Judicial Procedure and Rules.

10-30-14
DATE

_____
UNITED STATES DISTRICT JUDGE