IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA LABAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-00700 (RGA) |
| | ) |
| ABC MEDICAL HOLDINGS, INC. *et al.*, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Patricia LaBar hereby voluntarily dismisses with prejudice all claims against all named defendants in the above-captioned action.

Dated: December 23, 2014

_____
Patricia LaBar
1917 Kings Pass
Heath, TX 75032

Plaintiff *Pro Se*



## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2014 the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** was served on:

Gregory E. Stuhlman
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

*Attorneys for Defendant Keith Jones*

By delivering a copy of the original thereof by first-class mail, addressed as set forth above, and by filing with the Court's ECF system.

Patricia LaBar




FedEx First Overnight

Extremely Urgent

From: (214) 674-8108
Patricia LaBar

1917 KINGS PASS

Heath, TX 75032

SHIP TO: (302) 573-6170  BILL SENDER
**County Clek District of Delaware
Office of the Clerk US District
844 North King St- Room 4209
Room 4209
Willington, DE 19801**

Origin ID: GVTA

Ship Date: 23DEC14
ActWgt: 0.5 LB
CAD: 106940432/INET3550

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

WED - 24 DEC 8:00A
FIRST OVERNIGHT

TRK# 7723 7537 8044
0201

**X1 ZWIA**

19801
DE-US
PHL

522G2/DC75/6AC9